IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVIS LOWE,

    Plaintiff,                           CIV. NO. S- 07-0627 RRB GGH

    vs.

ELITE RECOVERY SOLUTIONS, et al.,

    Defendants.                       ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on September 13, 2007. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. September 13, 2007 hearing on the motion for default judgment, filed July 20, 2007, is vacated; and

        2. The motion is submitted on the record.

DATED: 9/10/07

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            U. S. MAGISTRATE JUDGE

GGH:076:Lowe0627.vac.wpd